No. 216. TRADERS OIL CO. OF HOUSTON *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *H. Fletcher Brown* fo. petitioner. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott and Dominick L. Manoli* for respondent.

No. 218. IN RE ESTES. Supreme Court of Michigan. Certiorari denied. *Walter O. Estes pro se. Ernest C. Wunsch* for the State Bar of Michigan.

No. 219. ESTATE OF MCNICHOL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *James J. Regan, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *L. W. Post* for respondent.

No. 223. PENNSYLVANIA TURNPIKE COMMISSION *v.* MCGINNES, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 3d Cir. Certiorari denied. *William T. Coleman, Jr.* and *Harold E. Kohn* for petitioner. *Frederick G. McGavin* for Manu-Mine Research & Development Co., and *Daniel Mungall, Jr.* for Seaboard Surety Co., respondents.

No. 225. ORDNANCE GAUGE CO. *v.* JACQUARD KNITTING MACHINE CO. C. A. 3d Cir. Certiorari denied. *Leonard L. Kalish* for petitioner. *H. Francis DeLone* for respondent.

No. 228. TAYLOR *v.* TRADEWIND TRANSPORTATION CO., LTD. C. A. 9th Cir. Certiorari denied. *Kenneth E. Young* for petitioner. *J. Russell Cades* for respondent.